ALFRED NADEAU *vs.* PETER SHILINSKI.

Androscoggin County. Decided January 3, 1917. An action for trespass to the person. Plea, general issue. Verdict for $290.50, which defendant moves to have set aside as against law and the evidence and because of excessive damages. The correctness of this verdict depends on the credibility of the witnesses, which the jury could better determine than the Law Court. There being no denial that the plaintiff's arm was broken and that as a result he was unfit for labor for several weeks, the jury having decided that the injury resulted from an unjustifiable assault with a club upon one who was already a cripple, the damages are not excessive. Motion overruled. *McGillicuddy & Morey,* for plaintiff. *George S. McCarty,* for defendant.

---

WILLIAM S. WARD,

Appellant from the Decree of the Judge of Probate.

Cumberland County. Decided January 16, 1917. Appeal from the allowance of a will. The case was submitted to a jury on the issue of undue influence, and the jury returned a verdict for the proponent. A careful examination of the evidence leads to the conclusion that the jury were warranted in finding as they did. Motion overruled. *Richard Webb, for appellee. Richard J. McGarrigle, Arthur L. Robinson, Harry E. Nixon, and Jacob H. Berman,* for appellant.